writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Benjamin S., Grosscup, Arthur E. Griffin,* and *Walter Schaffner* for petitioners. *Mr. Cassius E. Gates* for respondents.

No. 597. SOUTHERN RY. CO. *v.* EDGERTON. February 13, 1933. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Messrs. Sidney S. Alderman, R. C. Kelly,* and *S. R. Prince* for petitioner. *Mr. J. M. Edgerton, pro se.*

No. 598. DOUGHNUT MACHINE CORP. *v.* DEMCO, INC. ET AL.; and

No. 599. SAME *v.* JOE-LOWE CORP. ET AL. February 13, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Henry N. Paul* and *Frank B. Fox* for petitioner. *Messrs. Edwin F. Samuels* and *Charles Markell* for respondents.

No. 600. NICHOLSON, RECEIVER, *v.* WESTERN LOAN & BLDG. CO. ET AL. February 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. H. W. O'Melveny* and *Walter K. Tuller* for petitioner. *Mr. W. W. Ray* for respondents.

No. 604. O'SHAUGHNESSY, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE. February 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Joseph P. Tumulty* and *Walter E. Barton* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,*